MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
Oakland, California 94612
Telephone: (510) 637-3680
Facsimile:  (510) 637-3724
E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GILBERT SCOTT MARTINEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 11-0015 JSW <br><br> [~~PROPOSED~~] **ORDER EXCLUDING TIME FROM JANUARY 14, 2011 TO FEBRUARY 17, 2011** |

     The parties appeared before the Honorable Bernard Zimmerman on January 14, 2011 for the defendant's arraignment on the indictment.  With the agreement of counsel for both parties and the defendant, the Court found and held as follows:

     1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from January 14, 2011 to February 17, 2011.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for the defendant to review the discovery in this case.

     2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from January 14, 2011 to February 17, 2011 outweigh the best interest of

ORDER EXCLUDING TIME
CR 11-0015 JSW

1 the public and the defendant in a speedy trial and filing of an indictment or information. 18
2 U.S.C. § 3161(h)(7)(A).

3    3. Accordingly, and with the consent of the defendant, the Court ordered that the period
4 from January 14, 2011 to February 17, 2011, be excluded from Speedy Trial Act calculations
5 under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

7    IT IS SO STIPULATED.

9 DATED: February 2, 2011          /s/
10                                        ELIZABETH FALK
                                       Counsel for Gilbert Scott Martinez

12 DATED: February 2, 2011          /s/
                                       BRIAN C. LEWIS
                                       Assistant United States Attorney

15    IT IS SO ORDERED.

18 DATED: February 4, 2011

                                       BERNARD ZIMMERMAN
                                       United States Magistrate Judge

ORDER EXCLUDING TIME
CR 11-0015 JSW                                 -2-