MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0015 JSW |
|    Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM FEBRUARY 7, 2011 THROUGH MARCH 17, 2011 |
| GILBERT SCOTT MARTINEZ, ) | |
|    Defendant. ) | |

     On February 17, 2011, the parties made their initial appearance before the Court in this matter. At the hearing, the parties represented that the United States provided approximately 500 pages of discovery to defense counsel on January 3, 2011 and that defense counsel had recently identified and advised the United States of a problem opening one of the CD-ROMs produced in discovery. At the hearing, the United States advised that it would fix the problem with the CD-ROM and provide a readable copy to counsel. Defense counsel further advised that she required additional time to review the discovery, including the replacement CD-ROM to be produced. The parties requested a motions / trial setting date for March 17, 2011.

     Both parties agreed that time was properly excluded from February 17, 2011 through March 17, 2011 for effective preparation of counsel. For all these reasons, the parties agree and

STIP. AND [PROPOSED] ORDER EXCL. TIME FROM FEBRUARY 7, 2011 THROUGH MARCH 17, 2011]
UNITED STATES V. MARTINEZ, No. CR 11-0015 JSW

1 request that the Court enter an Order that time is properly excluded from February 17, 2011
2 through March 17, 2011 under the Speedy Trial Clock based on effective preparation of counsel.
3 *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

5 SO STIPULATED:

Dated: March 2, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
DENISE MARIE BARTON
Assistant United States Attorney

_____/s/_____
ELIZABETH FALK
Attorney for GILBERT SCOTT MARTINEZ

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from February 17, 2011 through March 17, 2011 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from February 17, 2011 through March 17, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time from February 17, 2011 through March 17, 2011 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

DATED: March 2, 2011

_____
HONORABLE JEFFREY S. WHITE
United States District Court Judge

STIP. AND [PROPOSED] ORDER EXCL. TIME FROM FEBRUARY 7, 2011 THROUGH MARCH 17, 2011]
UNITED STATES V. MARTINEZ, No. CR 11-0015 JSW